Exhibit 1

## CONSENT TO JOIN FORM

1. I consent to joining a lawsuit against Defendant the City of Pacific, Missouri and related entities and parties in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. I hereby designate the Law Offices of Kevin J. Dolley, LLC and other attorneys with whom they associate to make decisions on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by the Court, or by any settlement, whether it is favorable or unfavorable.

3. I consent to join any other related claims or actions to assert my rights and for this consent form to be filed in such action as necessary and appropriate.

NOTE: If your address changes, please update it with this form and send it to us.

_Luke Myers_                     5-15-19
Signature                        Date

_Luke myers_
Print Name

Mail, Fax, or E-mail to:
    Law Offices of Kevin J. Dolley, LLC
    2726 S. Brentwood Blvd.
    St. Louis, Missouri 63144
    Fax: (314) 736-6216
    E-mail: kevin@dolleylaw.com